UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-304-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT EARL CHARLTON,

    Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant's Notice of Scheduling Conflict and Request to Reschedule Hearing, filed February 5, 2008 (docket #66) is GRANTED. The hearing set on February 13, 2008 at 2:30 p.m. is **VACATED** and **RESET** on **Friday, February 22, 2008 at 2:30 p.m.**

Dated: February 6, 2008