**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | September 2, 2009 | Prob./Pret.: | Kurt Pierpont |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Therese Lindblom | | |

Criminal Case No. **01-cr-00304-WYD**                Counsel:

UNITED STATES OF AMERICA,                           Linda A. McMahan

       Plaintiff,

v.

**1.  ROBERT EARL CHARLTON, a/k/a**                Paula M. Ray
**JuJu, a/k/a Stretch, a/k/a Earl Berry**,

       Defendant.

**COURTROOM MINUTES**

**SUPERVISED RELEASE VIOLATION HEARING**

**2:05 p.m.**      Court in Session - Defendant present (in-custody)

           APPEARANCES OF COUNSEL.

           Court's opening remarks.

2:06 p.m.         Statement on behalf of Defendant admitting to violations (Ms. Ray).

2:16 p.m.         Statement on behalf of Government (Ms. McMahan).

2:21 p.m.         Statement on behalf of Defendant (Ms. Ray).

2:23 p.m.         Statement by Defendant on his own behalf (Mr. Charlton).

| | |
|---|---|
| 2:24 p.m. | Statement on behalf of Probation (Mr. Pierpont). |
| | Court makes findings and finds that defendant has violated conditions of supervised release. |
| **ORDERED:** | Defendant's Motion for Concurrent Sentence for Violation of Supervised Release [doc. #100], filed August 5, 2009, is **DENIED.** |
| **ORDERED:** | Supervised release is **REVOKED.** |
| **ORDERED:** | Defendant be **imprisoned** for **15** months, to run consecutive to the sentence imposed in Adam's County District Court case number 08-CR-2833. |

**Court RECOMMENDS that the Bureau of Prisons credit defendant for 70 days spent in custody.**

| | |
|---|---|
| **ORDERED:** | Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within ten (10) days. Defendant advised of right to appeal in forma pauperis. |
| **ORDERED:** | Defendant is **REMANDED** into the custody of the U.S. Marshal. |
| **2:40 p.m.** | Court in Recess - HEARING CONCLUDED |

**TOTAL TIME:   0:35**